(February 15, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BUIE, Appellant.—Appeal from judgment of the Supreme Court, New York County, rendered on January 24, 1977, withdrawn. Concur—Murphy, P. J., Silverman, Fein, Markewich and Sandler, JJ.